87  331<br/>90  452

## MEEKS *v.* THE STATE.

### PRACTICE IN SUPREME COURT.  SERVICE.

LUMPKIN, J.—The bill of exceptions in this case having been served upon counsel employed to assist the solicitor-general, and not

upon the latter, as the law requires, the writ of error is dismissed. Code, ?4261; *Oliver* v. *State,* 66 *Ga.* 243.     *Writ of error dismissed.*
May 27, 1891.

C. D. PHILLIPS, C. D. McGREGOR and G. P. ROBERTS, for plaintiff in error.

A. RICHARDSON, solicitor-general, by brief, and THOMPSON & SPINKS, *contra.*